IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MONTARRIS RAIFORD,**                                                      **PETITIONER**
**ADC #101319**

v.                  Case No. 5:19-cv-00245-KGB-JTK

**DEXTER PAYNE, Director,**                                       **RESPONDENT**
**Arkansas Department of Correction**

# ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 11). Petitioner Montarris Raiford filed objections to the Proposed Findings and Recommendations (Dkt. No. 12). After careful consideration of the Proposed Findings and Recommendations, the objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 11). Mr. Raiford's objections merely restate claims raised in his petition for writ of habeas corpus and his reply to the respondent's response to the habeas petition (Dkt. Nos. 2, 9). Further, this Court concurs in and adopts Judge Kearney's assessment in his January 29, 2021, Order entered in this case with respect to Mr. Raiford's claims (Dkt. No. 13). Accordingly, the Court dismisses with prejudice Mr. Raiford's petition for writ of habeas corpus and denies his request for relief (Dkt. No. 2). The Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered, this 24th day of June, 2021.

                                                                             Kristine G. Baker
                                                                             United States District Judge