IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MONTARRIS RAIFORD,**  PETITIONER
**ADC #101319**

v.  Case No. 5:19-cv-00245-KGB-JTK

**DEXTER PAYNE, Director,**  RESPONDENT
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Montarris Raiford's petition for writ of habeas corpus is dismissed with prejudice (Dkt. No. 2).

It is so adjudged this 24th day of June, 2021.

_____
Kristine G. Baker
United States District Judge